No. 03–6995. BADILLO-LEIJA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7008. HAILE v. MORAN ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 03–7014. HARRIS v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 03–7023. FLOOD v. STICKMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–7029. CABALLERO v. MEYERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–7036. GREEN v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–7057. GWIN v. HARRIS ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–7110. DELGADO NUNEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7122. SMITH v. McGRAW, ATTORNEY GENERAL OF WEST VIRGINIA, ET AL. Cir. Ct. Kanawha County, W. Va. Certiorari denied.

No. 03–7136. SAROURT NOM v. SPENCER, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION AT NORFOLK, ET AL. C. A. 1st Cir. Certiorari denied.

No. 03–7150. ARRIAGA-GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7163. WILKINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–7164. GALLOWAY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–7188. WASHINGTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.